UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Midwest Motor Supply Co., *doing business as* Kimball Midwest,

    Plaintiff,

v.

Rich Nietsch, *et al.*,

    Defendants.

Case No. 2:22-cv-4049

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

The parties recently participated in mediation, and the mediator reported that the parties are still negotiating. The parties are **ORDERED** to file a joint report outlining the status of their negotiations **WITHIN SIXTY DAYS** and **EVERY SIXTY DAYS THEREAFTER** unless they have filed an appropriate dismissal entry in the interim.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**