# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MIDWEST MOTOR SUPPLY CO., INC. D/B/A KIMBALL MIDWEST,**

    **Plaintiff**,

v.

**RICH NIETSCH**, *et al.*,

    **Defendants**.

Case No. 2:22-cv-4049

Judge Michael H. Watson

Magistrate Judge Chelsey M. Vascura

## ORDER GRANTING THE JOINT MOTION TO STAY CASE DEADLINES PENDING MEDIATION

The matter before the Court is Parties' Joint Motion to Stay Case Deadlines Pending Mediation (ECF No. 86). For good cause shown, the Parties' Motion (ECF No. 86) is **GRANTED**. The Court stays all outstanding deadlines contained in the July 18, 2024 Order (ECF No. 76). Specifically, the primary expert report, rebuttal expert report, discovery cutoff, and dispositive motion deadlines are all stayed.

If the Parties' January 14, 2025 mediation is unsuccessful, then within **FOURTEEN (14) DAYS** of the mediation the Parties shall submit a joint proposed scheduling order.

    IT IS SO ORDERED.

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE