UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MIDWEST MOTOR SUPPLY CO., d/b/a KIMBALL MIDWEST,**

        **Plaintiff,**

    v.

**RICH NIETSCH,** *et al.***,**

        **Defendants.**

**Civil Action 2:22-cv-4049**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

This matter is before the Court on the parties' Joint Proposed Amended Case Schedule (ECF No. 98), which the Court construes as a motion to amend the case schedule. For good cause shown, the parties' motion is **GRANTED**. The expert discovery deadlines are **EXTENDED** as follows:

- Plaintiff shall disclose the name, address, and vita of any expert witness and shall serve the primary expert report required by Fed. R. Civ. P. 26(a)(2) by **November 6, 2025**;

- Defendants shall disclose the name, address, and vita of any expert witness and shall serve the primary expert report required by Fed. R. Civ. P. 26(a)(2) by **December 21, 2025**;

- Plaintiff shall serve any rebuttal expert reports by **January 31, 2026**;

- Defendants shall serve any rebuttal expert reports by **March 10, 2026**; and

- All expert discovery will close on **April 15, 2026**.

**IT IS SO ORDERED.**

        /s/ *Chelsey M. Vascura*
        CHELSEY M. VASCURA
        UNITED STATES MAGISTRATE JUDGE