UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MIDWEST MOTOR SUPPLY CO.,**
*d/b/a Kimball Midwest*,

        **Plaintiff,**

v.

**RICH NIETSCH,** *et al.*,

        **Defendants.**

Civil Action 2:22-cv-4049
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File its Brief in Opposition to Defendants' Motion to Strike and Exhibits Under Seal (ECF No. 154). Therein, Plaintiff represents that its forthcoming brief in opposition to Defendants' Motion to Strike (ECF No. 153) contain confidential and proprietary information of the type already granted protection by previous orders granting leave to file summary judgment briefing under seal. (*Id.*)

Based on these representations, the undersigned concludes that Plaintiff's opposition brief and exhibits contain Plaintiff's sensitive and confidential information that should be shielded from public access. Accordingly, Plaintiff's Motion (ECF No. 154) is **GRANTED**. Plaintiff may file its unredacted opposition brief and exhibits **UNDER SEAL**. Plaintiff is **ORDERED** to file on the public docket, **WITHIN SEVEN DAYS** of making its filings under seal, a redacted version of the brief and exhibits that redacts only Plaintiff's confidential information as described in its motion.

2

**IT IS SO ORDERED.**

                                                          /s/ *Chelsey M. Vascura*
                                                        CHELSEY M. VASCURA
                                                        UNITED STATES MAGISTRATE JUDGE