UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MIDWEST MOTOR SUPPLY CO., d/b/a KIMBALL MIDWEST,**

    **Plaintiff,**

    v.

**RICK NIETSCH,** *et al.*,

    **Defendants.**

Civil Action 2:22-cv-4049
Judge Michael H. Watson
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on Plaintiff's Motion (ECF No. 162) seeking to shield from disclosure documents that Defendants intend to use as exhibits to their forthcoming Reply in ("Reply") Support of Defendants' Motion to Strike (ECF No. 153). Therein, Plaintiff represents that Defendants' anticipated Reply exhibits—excerpts from a three-year post-termination sales report by item—contain proprietary information about Plaintiff's customers, sales, and pricing and that public disclosure of that information would cause Plaintiff competitive harm. (ECF No. 162.) Plaintiff further represents that the information can only be shielded effectively if the documents are sealed in their entirety. (*Id.*)

Based on these representations, the undersigned concludes that Defendants' anticipated Reply exhibits contain sensitive and confidential information that should be shielded from public access. Accordingly, Plaintiff's Motion to Seal (ECF No. 162) is **GRANTED**. Defendants are **ORDERED** to file their Reply and exhibits **UNDER SEAL**. Defendants are further **ORDERED** to file on the public docket, **WITHIN SEVEN DAYS** of filings made under seal, a version of

the Reply and exhibits (excluding Plaintiff's 3-year post termination sales report excerpts) that are redacted only for confidential customer, pricing, and sale information.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE